

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00416-CV

**IN THE INTEREST OF C.C.E., JR.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00379
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, appellee C.C.'s motion to dismiss is GRANTED IN PART and DENIED IN PART. The trial court's July 24, 2020 Order on Motion for Enforcement by Contempt is AFFIRMED to the extent that it orders appellant E.E.M. to pay C.C. specified amounts of "medical reimbursement arrearage" and attorney's fees. E.E.M.'s challenge to the portion of the trial court's order finding her in contempt of court is DISMISSED FOR WANT OF JURISDICTION.

We ORDER E.E.M. to pay the costs of this appeal.

SIGNED July 28, 2021.

_____
Beth Watkins, Justice